

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

**ERICA LAYTON, ET AL**                    **CIVIL ACTION NO.  5:13CV1634**

**VERSUS**                                 **JUDGE HICKS**

**CHEVRON ENVIRONMENTAL**                  **MAGISTRATE JUDGE HORNSBY**
**MANAGEMENT CO, ET**

### <u>NOTICE OF MOTION SETTING</u>

The Joint Motion for Summary Judgment Regarding Prescription (Document No. 17) filed by Chevron Environmental Management Co and Conestoga-Rovers & Associates Inc on October 24, 2013 has been referred to the Honorable S. Maurice Hicks, Jr.  A written ruling will be issued in due course.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within **fourteen (14) calendar days** from the date of this notice.  The movant may file a reply memorandum, without leave of court, within **seven (7) calendar days** after the date on which the memorandum in opposition is filed.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record **<u>without</u>** oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments **MUST** be provided to chambers promptly after filing in **both paper and electronic formats.**  The mailing address is 300 Fannin St., Suite 5101, Shreveport, LA, 71101.  The electronic copy shall be formatted in either Word Perfect, Word, or Rich Text Format and e-mailed to **motions_hicks@lawd.uscourts.gov** .

**DATE OF NOTICE: October 25, 2013.**

TONY R. MOORE
CLERK OF COURT