UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| ERICA LAYTON, SAMUEL LAYTON AND GERALD BUNTYN, JR. | : | CIVIL ACTION NO. 13-CV-1634 |
| VERSUS | : | JUDGE HICKS |
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CONESTOGA-ROVERS & ASSOCIATES, INC. | : | MAGISTRATE JUDGE HORNSBY |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, come the plaintiffs, ERICA LAYTON, SAMUEL LAYTON and GERALD BUNTYN, JR., who respectfully requests that the Court grant a five (5) day extension within which to file their memorandum in opposition to the defendants' Joint Motion for Summary Judgment Regarding Prescription for the following reasons:

1.

Counsel for plaintiffs are currently in a two-week trial before Honorable Penelope Richard in the matter entitled *Mark Clark, et al v. BP America, Inc., et al,* Docket No. 18,866, 38th Judicial District Court, Cameron Parish, Louisiana.

- 2 -

2.

Counsel for defendant Conestoga-Rovers Associates, Inc. has no objection to the extension. Counsel for defendant Chevron Environmental Management Company was contacted but undersigned counsel has not received a response.

Respectfully submitted:

/s/ J. Rock Palermo III
J. Rock Palermo III (#21793)
Turner D. Brumby (#33519) (trial attorney)
VERON, BICE, PALERMO & WILSON, L.L.C.
721 Kirby Street, 70601
P.O. Box 2125
Lake Charles, LA 70602-2125
Telephone: (337) 310-1600
Facsimile: (337) 310-1601
rock@veronbice.com
turner@veronbice.com
*Counsel for Plaintiffs*
*Erica Layton, Samuel Layton and*
*Gerald Buntyn, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of November, 2013, I caused the foregoing pleading to be served by electronic mail on all counsel of record.

                                                /s/ J. Rock Palermo III
                                                J. ROCK PALERMO III