UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ERICA LAYTON, SAMUEL LAYTON AND GERALD BUNTYN, JR. | CIVIL ACTION NO. 13-CV-1634 |
| VERSUS | JUDGE HICKS |
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY and CONESTOGA-ROVERS & ASSOCIATES, INC. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Considering the above and foregoing Motion for Extension of Time;

IT IS HEREBY ORDERED that plaintiffs, ERICA LAYTON, SAMUEL LAYTON and GERALD BUNTYN, JR. be and they are hereby granted a five (5) day extension within which to file their memorandum in opposition to the defendants Motion for Summary Judgment Regarding Prescription.

THUS DONE AND SIGNED in Chambers at Shreveport, Louisiana, this 18 day of November, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE