UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ERICA LAYTON, ET AL. | CIVIL ACTION NO. 13-1634 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the defendants' motion for summary judgment (Record Document 17) is **GRANTED** and all of the claims of Erica Layton and Gerald Buntyn, Jr. against the defendants are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 21st day of January, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE